FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

18 AUG 29 PM 3: 12

IN THE UNITED STATES DISTRICT COURT
FOR THE **Western** DISTRICT OF **Ky**
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

---

Marquita Forrest

---

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Margaret Timmel
Circuit 1 Clark Co.,
Regina Johnson

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:18-CV-588-CHB

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes  ☐ No
*(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marquita Forrest
Street Address: 3116 Fordhaven Rd.
City and County: Lou. Jefferson
State and Zip Code: ~~In. 471~~ Ky, 40214
Telephone Number:
E-mail Address: mforrest39@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Margaret Timmel
Job or Title (if known): eldcare Atty
Street Address: 2672 Charlestown Rd
City and County: N.A. Floyd
State and Zip Code: In 47150
Telephone Number: 812 590 2791
E-mail Address (if known):

Defendant No. 2
Name: Regina Johnson
Job or Title (if known): c/o guardian
Street Address: 1045 Euclid Ave
City and County: Lou. Jefferson

State and Zip Code: Ky 40214
Telephone Number: —
E-mail Address (if known): —

Defendant No. 3
Name: Patricia Ballard, TeJuana Johnson
Job or Title (if known): investigator
Street Address: 501 E Court Ave
City and County: Jeff Clark
State and Zip Code: IN 47130
Telephone Number: (812) 285-6364
E-mail Address (if known):

Defendant No. 4
Name: Circuit Court / Clark Co.
Job or Title (if known): court reporter, Judge, staff
Street Address: 501 E. Court Ave. 47130
City and County: Jeffersonville Clark
State and Zip Code: Indiana 47130
Telephone Number: (812) 285-6244
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* __INDIANA__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* __INDIANA__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__1 million ea.__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

guardian ad liem, guardian of person & estate faud. placed in nursing hm. + monies taken from S.S.I (supplementary income) + lawsuit Margaret Timmel filed and railroaded to group hm. Dillion Forrest 21 at the time now 26 has mild C.P. + is functional disabled who lived independently.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_violation of ADA_

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _Marquita Forrest_, is a citizen of the State of *(name)* _KY_.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _Margaret Timmel_, is a citizen of the State of *(name)* _Indiana_. Or is a citizen of *(foreign nation)* _____.

4

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Return Dillion Forrest to self or family, honor ADA & return of monies, release of guardianship of Dillion Forrest person estate & attorney

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug. 22, 2018

Signature of Plaintiff: Marquita Forrest
Printed Name of Plaintiff: Marquita Forrest

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

Telephone Number   _____

E-mail Address   _____

40 P.O. Box 234
N.A., IN. 47151

186 Gene Synder Courthouse
601 W. Broadway
Lou. Ky 40202