UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| MARQUITA FORREST, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:18-CV-588-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING APPLICATION** |
| MARGARET TIMMEL *et al.*, | ) | **TO PROCEED WITHOUT** |
| | ) | **PREPAYMENT OF FEES** |
| Defendant(s). | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the plaintiff's *pro se* application to proceed without prepayment of fees [R. 2]. On review, the Court finds that the plaintiff makes the financial showing required by 28 U.S.C. § 1915(a). Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's application [R. 2] is **GRANTED**.

Because the plaintiff is proceeding *in forma pauperis*, the Court must review the complaint pursuant to 28 U.S.C. § 1915(e)(2).[1] Once the review is complete, an order will be entered informing the parties of what steps, if any, must be taken.

Date:   December 13, 2018

ENTERED BY ORDER OF COURT:

JUDGE CLARIA HORN BOOM
UNITED STATES DISTRICT COURT

VANESSA L. ARMSTRONG, CLERK

       s/ Vanessa L. Armstrong

cc:   Plaintiff, *pro se*
A958.005

---

[1] Under § 1915(e)(2), "the court shall dismiss the case at any time if the court determines that . . . the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."